IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:20-cv-00250-MOC-DSC

| | |
|---|---|
| United State Fire Insurance Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Doug Huffstetler, John Graham Alexander, Hope Alexander, and Wendy Pullen as Personal Representative of the Estate of Eddie Pullen,<br><br>　　　　Defendants. | **ORDER ON<br>JOINT MOTION TO STAY** |

**THIS CAUSE** being heard by the Court on the parties' Joint Motion to Stay, for an order staying the present action pending the consummation of the settlement reached by the parties in this action through execution of a global settlement agreement and release in this action and the Underlying Lawsuits[1] as well as completion of the court approval process in Mecklenburg County Superior Court of the settlement of the wrongful death claims asserted by the Pullen Estate against Defendant Huffstetler in the Wrongful Death Action (if needed);

**AND IT APPEARING** in the interest of efficiency as well as economy of time and effort for the Court that good cause exists for staying the present action pending the consummation of the settlement reached by the parties in this action through execution of a global settlement

---

[1] "*John Graham Alexander and Hope Alexander v. Jacob Alexander Kanburoglu, individually and in his official capacity, Doug Huffstetler, individually and in his official capacity, and the City of Belmont*," No. 18-CVS-3087, Gaston County, North Carolina (the "Alexander Action") and "*Wendy Pullen, as Personal Representative of the Estate of Eddie Ray Pullen, Deceased v. Doug Huffstetler*," No. 20-CVS-853, Mecklenburg County, NC (the "Wrongful Death Action"), are collectively referred to herein as the "Underlying Lawsuits".

agreement and release in this action and the Underlying Lawsuits[2] as well as completion of the court approval in Mecklenburg County Superior Court of the settlement of the wrongful death claims asserted by the Pullen Estate against Defendant Huffstetler in the Wrongful Death Action (if needed), and that the Motion should be allowed;

**IT IS THEREFORE ORDERED** that the present action is stayed pending the the consummation of the settlement reached by the parties in this action through execution of a global settlement agreement and release in this action and the Underlying Lawsuits[3] as well as completion of the court approval process of the settlement of the wrongful death claims asserted by the Pullen Estate against Defendant Huffstetler in the Wrongful Death Action (if needed). The parties are **ORDERED** to submit a status report to this Court every sixty days during the pendency of the stay in the present action in order to keep the Court apprised of the status of the consummation of the settlement and court approval process. It is further **ORDERED** that within thirty days of full execution of the global settlement agreement and release in this action and the Underlying Lawsuits and completion of the court approval process (if needed), the parties shall notify this Court and file a Stipulation of Dismissal.

---

[2] "*John Graham Alexander and Hope Alexander v. Jacob Alexander Kanburoglu, individually and in his official capacity, Doug Huffstetler, individually and in his official capacity, and the City of Belmont*," No. 18-CVS-3087, Gaston County, North Carolina (the "Alexander Action") and "*Wendy Pullen, as Personal Representative of the Estate of Eddie Ray Pullen, Deceased v. Doug Huffstetler*," No. 20-CVS-853, Mecklenburg County, NC (the "Wrongful Death Action"), are collectively referred to herein as the "Underlying Lawsuits".

[3] "*John Graham Alexander and Hope Alexander v. Jacob Alexander Kanburoglu, individually and in his official capacity, Doug Huffstetler, individually and in his official capacity, and the City of Belmont*," No. 18-CVS-3087, Gaston County, North Carolina (the "Alexander Action") and "*Wendy Pullen, as Personal Representative of the Estate of Eddie Ray Pullen, Deceased v. Doug Huffstetler*," No. 20-CVS-853, Mecklenburg County, NC (the "Wrongful Death Action"), are collectively referred to herein as the "Underlying Lawsuits".

**SO ORDERED**.

Signed: July 29, 2021

David S. Cayer
United States Magistrate Judge